UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Docket No.:

--------------------------------------------------------------X

ANTHONY F. EHIS,

09 cv 5151 (BMC)

Plaintiff,

-against-

THE GEO GROUP, INC., WILLIAM ZERILLO, WILLIAM ROBINSON, LIEUTENANT DAWN FORD, OFFICER CELIA LOPEZ, and JOHN AND JANE DOE 1 through 10, individually and in their official capacities, (the names John and Jane Doe being fictitious, as the true names are presently unknown),

**ORDER TO PRODUCE PRISON INMATE, ANTHONY F. EHIS Register #: 75230-053 FOR DEPOSITION**

Defendants,

--------------------------------------------------------------X

**TO:   THE WARDEN,**
Moshannon Valley Correctional Institution
555 Cornel Drive
Philipsburg, PA 16866

**YOU ARE HEREBY ORDERED** to produce **ANTHONY F. EHIS, Register #: 75230-053**, presently confined as a federal prison inmate at the Moshannon Valley Correctional Institution ("Jail") and under your custody, for the taking of his testimony by deposition concerning all of the relevant facts and circumstances of this matter, at a convenient location within the Jail, starting at 10:00 a.m. on February 23, 2010.

**YOU ARE FURTHER ORDERED** to allow said **ANTHONY F. EHIS,** to produce at the deposition all books, papers, records, documents, correspondence in his possession relating to the issues upon which he is to be examined.

**YOU ARE FURTHER ORDERED** to allow the below listed counsel for the parties to this action access to the Jail for the purpose of taking the deposition.

Dated: January 15, 2010

BRIAN M. COGAN,
United States District Judge

TO:   Samuel O. Maduegbuna, Esq.
      **MADUEGBUNA COOPER, LLP**
      Attorneys for Plaintiff
      110 Wall Street, 22nd Floor
      New York, N.Y. 10005
      (212) 232-0155

      John J. McCarthy III, Esq.,
      **McCarthy Law Firm, PLLC**
      Attorneys for Defendants
      1120 Avenue of the Americas
      Suite 4006
      New York, New York 10036
      (212) 626-6755